| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Moberly, Robyn L. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the Southern District of Indiana | 3. Date of Report<br><br>08/04/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>to<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>317 Birch Bayh Federal Building and Federal Courthouse<br>46 East Ohio Street<br>Indianapolis, Indiana 46204 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Board of Visitors of The Indiana University McKinney School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Indiana State Judiciary Vested Pension (defined benefit pension plan) (no control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 08/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Indiana State Judiciary Vested Pension | $79,722.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Regions Banks (cash) | A | Interest | L | T | | | | | |
| 3. Moberly Investments LLC | A | Royalty | L | U | | | | | |
| 4. Account #1 (H) | | | | | | | | | |
| 5. Bank of America, NA (cash) | A | Interest | K | T | | | | | |
| 6. Alphabet Inc SHS (GOOG) | | None | M | T | | | | | |
| 7. Apple Inc (AAPL) | A | Dividend | M | T | | | | | |
| 8. Coca Cola Com (KO) | A | Dividend | K | T | | | | | |
| 9. Eli Lilly & Co (LLY) | A | Dividend | K | T | | | | | |
| 10. Intl Business Machines (IBM) | A | Dividend | J | T | | | | | |
| 11. Merck and Co Inc SHS (MRK) | A | Dividend | J | T | | | | | |
| 12. American Capital World Growth & Income (CWGFX) | A | Dividend | K | T | | | | | |
| 13. American Growth Fund of American (GFAFX) | B | Dividend | K | T | | | | | |
| 14. American Capital Income Builder FD (CIBFX) | A | Dividend | K | T | | | | | |
| 15. Clearbridge Aggressive Growth Fund (SHRAX) | C | Dividend | K | T | | | | | |
| 16. Account #2 (H) | | | | | | | | | |
| 17. Value Line Larger Companies Fund | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Account #3 (H) | | | | | | | | | |
| 19. Bank Of America, NA (cash) | A | Interest | K | T | | | | | |
| 20. Apple Inc (AAPL) | F | Dividend | M | T | | | | | |
| 21. Avanos Medical Inc Reg (AVNS) | | None | J | T | | | | | |
| 22. Cigna Corp Reg SHS (CI) | A | Dividend | J | T | | | | | |
| 23. Coca Cola Com (KO) | A | Dividend | K | T | | | | | |
| 24. Eli Lilly & Co (LLY) | A | Dividend | K | T | | | | | |
| 25. Intl Business Machines (IBM) | B | Dividend | K | T | | | | | |
| 26. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 27. Merk and Co Inc Shs (MRK) | A | Dividend | K | T | | | | | |
| 28. American Capital World Growth & Income (CWGFX) | A | Dividend | K | T | | | | | |
| 29. American Growth Fund of American (GFAFX) | B | Dividend | K | T | | | | | |
| 30. Clearbridge Aggressive Growth Fund (SHRAX) (X) | B | Dividend | J | T | | | | | |
| 31. Account #4 (H) | | | | | | | | | |
| 32. Value Line Larger Companies Fund | D | Dividend | L | T | | | | | |
| 33. Account #5 (H) | | | | | | | | | |
| 34. Doubleline Total Return (DLTNX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Artisan Intl Fund Inv (ARTIX) | A | Dividend | J | T | | | | | |
| 36.  Schwab S&P 500 Index Fd (SWPPX) | A | Dividend | J | T | | | | | |
| 37.  Account #6 (H) | | | | | | | | | |
| 38.  Carillon Reams Unconstrained BD (SUBYX) | A | Dividend | J | T | Buy<br>(add'l) | 12/31/20 | J | | |
| 39.  Doubleline Total Return BD (DLTNX) | A | Dividend | J | T | | | | | |
| 40.  Pioneer Strategic Income (STRYX) | A | Dividend | J | T | | | | | |
| 41.  Artisan Intl Fund Inv (ARTIX) | A | Dividend | J | T | | | | | |
| 42.  Fuller & Thaler Behavioral Sm Cap (FTHNX) | A | Dividend | J | T | | | | | |
| 43.  Janus Henderson Enterprise (JAENX) | A | Dividend | J | T | | | | | |
| 44.  Janus Henderson Glbl Real Estate (JERTX) | A | Dividend | J | T | | | | | |
| 45.  JHancock Disciplined Mid Cap Value (JVMAX) | A | Dividend | J | T | | | | | |
| 46.  JPMorgan Hedged Eqty Fd (JHQAX) | A | Dividend | J | T | | | | | |
| 47.  Matthews Asia Dividend Fund (MAPIX) | A | Dividend | J | T | | | | | |
| 48.  MFS Intl New Discovery A (MIDAX) | A | Dividend | J | T | | | | | |
| 49.  Schwab S&P 500 Index FD (SWPPX) | A | Dividend | K | T | Sold<br>(part) | 12/31/20 | J | A | |
| 50.  William Blair Small Cap Growth (WBSNX) | A | Dividend | J | T | | | | | |
| 51.  Account #7 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds 2025 Target Retirement Date R4 (RDDTX) | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 53. Account #8 (H) | | | | | | | | | |
| 54. Schwab One Sweep Acct (cash) | A | Interest | M | T | | | | | |
| 55. Schwab Value Advantage (SWVXX) (cash equiv) (Y) | | | | | | | | | |
| 56. Synchrony Bank (cash) | A | Interest | | | Matured | 05/07/20 | J | | |
| 57. AT&T Inc (T) | D | Dividend | M | T | | | | | |
| 58. Abbvie Inc (ABBV) | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 59. Amer Electric Pwr Co (AEP) | A | Dividend | J | T | | | | | |
| 60. Auto Data Processing (ADP) | A | Dividend | J | T | | | | | |
| 61. Carrier Global Corp (CARR) (X) | A | Dividend | J | T | | | | | |
| 62. Chevron Corp (CVX) | D | Dividend | M | T | | | | | |
| 63. Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 64. Emerson Electric Co (EMR) | A | Dividend | J | T | | | | | |
| 65. Exxon Mobile Corp (XOM) | B | Dividend | K | T | | | | | |
| 66. Gentex Corp (GNTX) | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 67. Honeywell Intl Inc (HON) | A | Dividend | J | T | | | | | |
| 68. IBM Corp (IBM) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 70. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 71. Nuveen Quality Municipal (NAD) | A | Dividend | J | T | | | | | |
| 72. Otis Worldwide (OTIS) (X) | A | Dividend | J | T | | | | | |
| 73. Procter & Gamble (PG) | A | Dividend | J | T | | | | | |
| 74. Qualcomm Inc (QCOM) | A | Dividend | J | T | | | | | |
| 75. Raytheon Technologies (RTX) | A | Dividend | J | T | | | | | |
| 76. Southwest Airlines (LUV) | A | Dividend | J | T | | | | | |
| 77. Target Corp (TGT) | A | Dividend | K | T | | | | | |
| 78. Texas Instruments (TXN) | A | Dividend | J | T | | | | | |
| 79. The Coca Cola Co (KO) | A | Dividend | J | T | | | | | |
| 80. Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 81. Verizon Communicatn (VZ) | A | Dividend | J | T | | | | | |
| 82. Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 83. 3M Co (MMM) | A | Dividend | J | T | | | | | |
| 84. IShares Russell Mid Cap Growth ETF (IWP) | A | Dividend | K | T | | | | | |
| 85. IShares Russell Mid Cap Value ETF (IWS) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Carillon Reams Unconstrained BD (SUBFX) | A | Dividend | K | T | | | | | |
| 87.  Doubleline Total Return Bd Fd Cl I (DBLTX) | B | Dividend | K | T | Buy | 02/24/20 | K | | |
| 88.  AB Sustainable Global Thematic A (ALTFX) | A | Dividend | J | T | | | | | |
| 89.  DFA Intl Value Port Instl (DFIVX) | A | Dividend | K | T | | | | | |
| 90.  Fuller & Thaler Behavioral Sm Cap Eqty (FTHSX) | A | Dividend | L | T | | | | | |
| 91.  Primecap Odyssey Growth (POGRX) | D | Dividend | K | T | | | | | |
| 92.  T Rowe Price Gwth Stock (PRUFX) | B | Dividend | L | T | | | | | |
| 93.  Vanguard Value Index Admiral Share (VVIAX) | B | Dividend | L | T | | | | | |
| 94.  Public Storage REIT (PSA) | B | Dividend | L | T | | | | | |
| 95.  Account #9 (H) | | | | | | | | | |
| 96.  Schwab Value Advantage (SWVXX) (cash equiv) | A | Dividend | J | T | | | | | |
| 97.  Carillon Reams Unconstrained Bd (SUBYX) | A | Dividend | J | T | Buy (add'l) | 08/13/20 | J | | |
| 98.  Doubleline Total Return Bd (DLTNX) | A | Dividend | J | T | Buy (add'l) | 05/29/20 | J | | |
| 99. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 100.  Voya Strategic Income Fd Cl Y (IISIX) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 101. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 102. | | | | | Buy (add'l) | 08/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Pioneer Strategic Income (STRYX) | A | Dividend | | | Sold | 05/07/20 | J | | |
| 104.  Artisan Intl Fund Inv (ARTIX) | A | Dividend | J | T | Buy (add'l) | 08/13/20 | J | | |
| 105. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 106.  Fuller & Thaler Behavioral Sm Cap Eqty Inv (FTHNX) | A | Dividend | J | T | Buy | 02/25/20 | J | | |
| 107. | | | | | Sold (part) | 12/31/20 | J | | |
| 108.  Janus Henderson Enterprise Fd T (JAENX) | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 109.  Janus Henderson Glbl Real Estate (JERTX) | A | Dividend | | | Sold | 05/29/20 | J | | |
| 110.  Janus Henderson Short (VNLA) | | None | J | T | Buy | 12/31/20 | J | | |
| 111.  JHancock Disciplined Value Mid Cap A (JVMAX) | | None | | | Buy | 02/25/20 | J | | |
| 112. | | | | | Sold | 05/29/20 | J | | |
| 113.  JPMorgan Hedged Eqty Fd (JHQAX) | A | Dividend | J | T | Buy (add'l) | 05/29/20 | J | | |
| 114. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 115.  Matthews Asia Dividend Fund Inv (MAPIX) | A | Dividend | J | T | Buy | 02/25/20 | J | | |
| 116.  MFS Intl New Discovery A (MIDAX) | A | Dividend | J | T | Buy | 02/25/20 | J | | |
| 117.  Schwab S&P 500 Index FD (SWPPX) | A | Dividend | K | T | Buy (add'l) | 02/25/20 | J | | |
| 118. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 119. | | | | | Buy (add'l) | 08/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 121.  T Rowe Price Mid-Cap Val Fd I (TRMIX) | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 122.  William Blair Small Cap (WBSNX) | | None | J | T | Buy | 12/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 08/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Moberly Investments LLC includes a small collection of oil and mineral rights in Texas, Oklahoma, and New Mexico; no control.

Part VII, Column B:  Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robyn L. Moberly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544